UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIAIESHA FIELDS,　　　　　　　　　　　　　CIVIL NO. 09-3156 (MJD/JSM)
in care of J.D.V.,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

　　　　Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 26, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 30, 2010

　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　Chief United States District Judge